UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re:<br>   Gregg William Fleming, II<br>   Aubrey Lynn Fleming<br>      Debtor(s) | Case No. 22-21495 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lon A Jenkins, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/27/2022.

2) The plan was confirmed on 07/13/2022.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/12/2022, 03/07/2023, 08/03/2023, 09/12/2023.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/14/2023, 09/14/2023, 04/13/2024.

5) The case was dismissed on 05/13/2024.

6) Number of months from filing to last payment: 21.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $9,740.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,900.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,900.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $584.41 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $298.50 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$882.91** |

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aaron's | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Acima Credit Fka Simple | Unsecured | 954.00 | NA | NA | 0.00 | 0.00 |
| AMERICA FIRST CREDIT UNION | Unsecured | NA | 11,269.21 | 11,269.21 | 0.00 | 0.00 |
| AMERICA FIRST CREDIT UNION | Unsecured | NA | 13,013.74 | 13,013.74 | 0.00 | 0.00 |
| Check City | Unsecured | 1,925.44 | NA | NA | 0.00 | 0.00 |
| City Center Credit Union | Unsecured | 16,949.39 | NA | NA | 0.00 | 0.00 |
| City Center Credit Union | Unsecured | 13,193.74 | NA | NA | 0.00 | 0.00 |
| DESERET FIRST CREDIT UNION | Unsecured | 1,039.96 | 1,039.96 | 1,039.96 | 0.00 | 0.00 |
| DIRECTV, LLC | Unsecured | NA | 367.83 | 367.83 | 0.00 | 0.00 |
| Diversified Consultant | Unsecured | 2,099.66 | NA | NA | 0.00 | 0.00 |
| DOLLAR LOAN CENTER | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| FIRST CHOICE MONEY CENTER | Unsecured | 500.00 | 226.06 | 226.06 | 0.00 | 0.00 |
| Grandview Family Medicine | Unsecured | 1,631.03 | NA | NA | 0.00 | 0.00 |
| HARGETT ENTERPRISES | Secured | 105.00 | 1,800.00 | 1,800.00 | 12.60 | 114.06 |
| HARGETT ENTERPRISES | Unsecured | NA | 5,568.22 | 5,568.22 | 0.00 | 0.00 |
| I.C. System, Inc | Unsecured | 1,687.00 | NA | NA | 0.00 | 0.00 |
| I.C. System, Inc | Unsecured | 1,376.00 | NA | NA | 0.00 | 0.00 |
| I.C. System, Inc | Unsecured | 554.42 | NA | NA | 0.00 | 0.00 |
| INTERCOASTAL FINANCIAL, LLC | Unsecured | NA | 758.08 | 758.08 | 0.00 | 0.00 |
| KIRK A CULLIMORE | Unsecured | 764.04 | 1,170.60 | 1,170.60 | 0.00 | 0.00 |
| MATCO TOOLS | Secured | 1,620.00 | 1,620.00 | 0.00 | 0.00 | 0.00 |
| MOUNTAIN LAND COLLECTIONS, IN( | Unsecured | 2,000.00 | 11,005.91 | 11,005.91 | 0.00 | 0.00 |
| Nice Guys Loans | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| PACIFIC POWER/ROCKY MOUNTAIN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Provo City Power Utility | Unsecured | 134.68 | NA | NA | 0.00 | 0.00 |
| RECOUP ASSET MANAGEMENT LLC | Unsecured | 11,075.00 | 11,075.04 | 11,075.04 | 0.00 | 0.00 |
| RECOUP ASSET MANAGEMENT LLC | Secured | 16,913.66 | 16,913.66 | 16,746.31 | 1,595.37 | 1,295.06 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 379.15 | 379.15 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 379.15 | 267.00 | 267.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 40.88 | 40.88 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 42.76 | 42.76 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Rocky Mountain Power | Unsecured | 331.16 | NA | NA | 0.00 | 0.00 |
| Security Finance | Unsecured | 1,080.00 | NA | NA | 0.00 | 0.00 |
| Simple Loans | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Snap Finance | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Snap On Tools | Secured | 1,709.01 | 1,709.01 | 0.00 | 0.00 | 0.00 |
| TEA OLIVE LLC | Unsecured | NA | 540.00 | 540.00 | 0.00 | 0.00 |
| TEA OLIVE LLC | Unsecured | NA | 540.00 | 540.00 | 0.00 | 0.00 |
| THE EQUITABLE FINANCE COMPANY | Unsecured | NA | 18,632.81 | 18,632.81 | 0.00 | 0.00 |
| Timpanogos Regional Medical Center | Unsecured | 4,389.81 | NA | NA | 0.00 | 0.00 |
| TITANIUM FUNDS LLC | Unsecured | 15,360.50 | 9,522.54 | 9,522.54 | 0.00 | 0.00 |
| TMobile | Unsecured | 476.74 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 1,875.75 | NA | NA | 0.00 | 0.00 |
| Willow Creek Family Medicine | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORPORATION | Unsecured | 929.10 | 608.00 | 608.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORPORATION | Unsecured | NA | 608.00 | 608.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,746.31 | $1,595.37 | $1,295.06 |
| All Other Secured | $1,800.00 | $12.60 | $114.06 |
| **TOTAL SECURED:** | **$18,546.31** | **$1,607.97** | **$1,409.12** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$86,675.79** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $882.91 |
| Disbursements to Creditors | $3,017.09 |
| **TOTAL DISBURSEMENTS:** | **$3,900.00** |

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/26/2024          By: /s/ Lon A Jenkins
                                                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

22-21495

# CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Final Report and Account was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on June 26, 2024:

Gregg William Fleming, II, Aubrey Lynn Fleming, 1034 S 500 E, OREM, UT 84097-4097

Aubrey Lynn Fleming, 1034 S 500 E, OREM, UT 84097-4097

ANDREW T. CURTIS, ECF NOTIFICATION

/s/ Office of Chapter 13 Trustee

**UST Form 101-13-FR-S (9/1/2009)**